IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Carol L. Hall, | C/A NO. 3:13-1312-CMC-PJG |
| Plaintiff, | |
| | **OPINION and ORDER** |
| v. | |
| Manager, State Office of Attorney General, | |
| Defendant. | |

This matter is before the court on Plaintiff's motion "[r]equesting a [r]eview of the information pertaining to" this case. ECF No. 18. On August 5, 2013, this court dismissed Plaintiff's complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b0 due to Plaintiff's failure to prosecute this matter. *See* Opinion and Order (ECF No. 14, filed Aug. 5, 2013).

As there is nothing to "review" in this matter, Plaintiff's motion is **denied**.[1]

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 4, 2013

---

[1] Plaintiff is advised that Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure provides that an appeal in a civil matter must be filed within thirty (30) days of entry of judgment. This time period has expired. Appellate Rule 4(a)(6) provides that a district court may reopen the time for appeal, but only if all conditions provided for in the Rule are met.

1